ANNIE HAMILTON, Appellant, *v.* ALICE CRAWFORD et al.,
    as Executors of ERASTUS CRAWFORD, Deceased, et al.,
    Respondents.

*Hamilton* v. *Crawford*, 150 App. Div. 922, affirmed.
(Argued February 3, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered May 29, 1912, affirming a judgment in favor of
defendants entered upon a dismissal of the complaint by
the court at a Trial Term in an action against the sureties
on the official bond of the sheriff of New York county to
recover for an alleged failure to have the sureties on a
bail bond justify.

*J. Brownson Ker* and *Charles C. Sanders* for appellant.

*John H. Corwin, Lewis H. Freedman, Albert Stickney*
and *J. Cotter Connell* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-
COCK, COLLIN, CUDDEBACK and HOGAN, JJ.  Not sitting:
MILLER, J.